UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
Sean Cromitie on behalf of herself and all others
similarly situated,

                          Plaintiff,

Civil Action No:
1:23-cv-5587

-v.-

Boyds, L.P.

                          Defendants.
-------------------------------------------------------------------x

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant, Boyds, L.P. in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** October 19, 2023

| For Plaintiff Seana Cromitie | For Defendant Boyds, L.P. |
|---|---|
| */s/ Mark Rozenberg* | */s/* |
| Mark Rozenberg | Adi Kanlic |
| Stein Saks, PLLC | O'Hagan Meyer, LLC |
| One University Plaza | One East Wacker Drive Suite 3400 |
| Hackensack, NJ 07601 | Chicago, IL 60601 |
| Ph: (201) 282-6500 | Ph: (312) 422-6114 |
| mrozenberg@steinsakslegal.com | akanlic@ohaganmeyer.com |

1

## CERTIFICATE OF SERVICE

I certify that on October 19, 2023, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>/s/ Mark Rozenberg
>Mark Rozenberg
>**Stein Saks, PLLC**
>One University Plaza
>Hackensack, NJ 07601
>*Attorneys for Plaintiff*

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: October 23, 2023
New York, New York

2